UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00512-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Approximately $46,870 in funds seized from Cameron Paedrick Story at the Charlotte Douglas Airport,<br><br>    Defendant. | ORDER |

THIS MATTER is before the Court on the United States' Motion to Strike the Claim of Petitioner Cameron Story (Doc. No. 6). The United States has shown that Petitioner failed to file an Answer and the time for filing an Answer has now expired. As of the time of this filing, no extensions to this time limit have been requested, consented to, or granted by this Court and no further pleading has been filed by Petitioner Story. For these reasons, the Court GRANTS the United States' Motion to Strike the Claim of Petitioner Cameron Story (Doc. No. 6). See Supp. R. G(8)(c)(i)(A). It is hereby Ordered that Petitioner's Claim (Doc. No. 3) be stricken from the record.

    IT IS SO ORDERED.

Signed: February 6, 2018

Frank D. Whitney
Chief United States District Judge