# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:17cv512 |
| | ) | |
| Approximately $46,870 in funds seized from Cameron Paedrick Story at the Charlotte Douglas Airport. | ) ) ) | |

A default having been entered against Defendant property and Claimants and counsel for the United States having now requested judgment by default all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure, Judgment by default is rendered in favor of Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of all right, title and interest in the subject property Defendant Approximately $46,870 in funds seized from Cameron Paedrick Story at the Charlotte Douglas Airport.

IT IS SO ORDERED.

Signed: April 27, 2018

Frank D. Whitney
Chief United States District Judge